CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
September 18, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **MARTY GILBERT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00055 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report and Recommendation (Report) filed August 27, 2026, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and
2. The Commissioner's decision denying benefits is AFFIRMED.

A final judgment will be entered herewith.

ENTER: September 18, 2026

/s/ JAMES P. JONES
Senior United States District Judge